```
 1  TARA K. McGRATH
    United States Attorney
 2  LAUREN G. LABUFF
    Assistant U.S. Attorney
 3  Arizona State Bar No. 029151
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)546-9732
    E-mail: lauren.labuff2@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EIGHTY (80) UNDESIGNATED WESTERN UNION MONEY ORDERS TOTALING $79,999.72 IN U.S. CURRENCY,<br><br>Defendant. | Misc. No.<br><br>*EX PARTE* MOTION TO EXTEND THE PERIOD FOR FILING A CIVIL COMPLAINT FOR FORFEITURE PURSUANT TO TITLE 18 U.S.C. §983(a)(3)(A) |
|---|---|

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and Lauren G. LaBuff, Assistant United States Attorney, respectfully request, pursuant to Title 18, United States Code, §983(a)(3)(A), this Court issue an ex parte order under seal extending the time period for the United States to file a complaint for forfeiture in this matter until June 20, 2024.  In support thereof, undersigned counsel proffers as follows:

1. On or about November 2, 2023, in the Southern District of California, defendant property (Asset ID# 24-USP-000049) was seized by the United States Postal Inspection Service (USPIS) after they were discovered pursuant to a search warrant. The mailing address of the seized package was a residence in the Southern District of California. The mailing label did not have the name of the addressee.

2. USPIS provided timely notice to Lixin Lan of its intent to administratively forfeit the defendant property pursuant to 21 U.S.C. § 881. Lixin Lan, Jing Sun, Lili Han, and Yuexia Sun ("Claimants"), through their attorney, Peng Li, then filed claims for the property with USPIS on February 21, 2024, claiming that they were the owners of the money orders, requesting return of the money orders. USPIS then referred the claim to the U.S. Attorney's Office for the Southern District of California on February 23, 2024.

3. Pursuant to 18 U.S.C. §983(a)(3)(A), the United States has 90 days to either file a Complaint for Forfeiture with the U.S. District Court or return the seized property. Therefore, the United States' 90-deadline expires on or about Tuesday, May 21, 2024.

4. Counsel for the United States and counsel for the Claimants, Peng Li, of Li Law Group, LLC in Omaha, Nebraska have discussed the case and have engaged in ongoing discussions and negotiations. A tentative settlement was reached on Monday, May 20, 2024. (Exhibit A).

5. The United States and the Claimants would prefer to resolve this matter, if possible, in a confidential manner, and without the filing of a public civil complaint by the United States alleging various grounds for forfeiture.

6. Undersigned counsel reached out to opposing counsel, Peng Li, on Monday, May 20, 2024 to obtain his position on a motion to extend the filing deadline, but has not received a response. Undersigned counsel also sent via email drafts of the proposed written agreements to resolve this manner, but Mr. Li has not yet responded.

7. Pursuant to 18 U.S.C. § 983(a)(3)(A), this Court may extend the filing deadline upon a showing of good cause. The United States submits this motion in an abundance of caution in order to preserve its right to file a

civil forfeiture complaint in the event that the proposed settlement does not go forward. Based on the foregoing circumstances, undersigned counsel respectfully submits that good cause exists.

8. The United States seeks to extend the complaint filing deadline up to and including June 20, 2024 so that the parties may finalize their agreed upon resolution to this matter. For that reason, the United States respectfully requests that this Court enter an order extending the period for filing a civil complaint for forfeiture until June 20, 2024.

DATED: May 21, 2024

TARA K. McGRATH
United States Attorney

LAUREN G. LABUFF
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

# Government's Exhibit A

## LaBuff, Lauren (USACAS)

| | |
|---|---|
| **From:** | LaBuff, Lauren (USACAS) |
| **Sent:** | Monday, May 20, 2024 9:02 AM |
| **To:** | Peng Li |
| **Subject:** | RE: [EXTERNAL] Re: 24-USP-000049; Lixin Lan, Jing Sun, Lili Han, Yuexia Sun (Phone Call Follow-up Email) |

Hi, Mr. Li.  Thank you for getting in touch so quickly this morning before I filed.  I accept that 50% counteroffer.

I will draft a written agreement and get that to you later this morning/early afternoon.

Sincerely,
Lauren

_____
Lauren G. LaBuff | Assistant U.S. Attorney | Southern District of California
880 Front Street | Room 6293 | San Diego, California 92101
Tel: (619) 546-9732

---

**From:** Peng Li <pengli@lilawgp.com>
**Sent:** Monday, May 20, 2024 8:31 AM
**To:** LaBuff, Lauren (USACAS) <LLaBuff1@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: 24-USP-000049; Lixin Lan, Jing Sun, Lili Han, Yuexia Sun (Phone Call Follow-up Email)

Lauren,

Thank you for the information you provided. I disagree with the lawful grounds of seizure, venue, and your interpretation of the facts. However, my client has agreed to take a 50% offer to eliminate the risks and costs of litigation, please let me know by the end of the business day.

On Mon, May 20, 2024 at 10:04 AM Peng Li <pengli@lilawgp.com> wrote:
> Good morning,
>
> Received. I will get back to you soon.
>
> On Thu, May 16, 2024 at 7:37 PM LaBuff, Lauren (USACAS) <Lauren.LaBuff2@usdoj.gov> wrote:
>> Thank you for the quick response, Mr. Li.  Please see my comments in blue below.  I appreciate your second counteroffer, but for the reasons I explain below,  I cannot accept it.  I will be happy to hear your thoughts on my response and any additional counteroffer that better represents our respective postures in this matter.
>>
>>
>> Thank you,
>>
>> Lauren

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Misc. No. |
|---|---|
| Plaintiff, | ORDER EXTENDING THE PERIOD FOR FILING A CIVIL COMPLAINT FOR FORFEITURE PURSUANT TO TITLE 18 U.S.C. §983(a)(3)(A) |
| v. | |
| EIGHTY (80) UNDESIGNATED WESTERN UNION MONEY ORDERS TOTALING $79,999.72 IN U.S. CURRENCY, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing therefore,

IT IS HEREBY ORDERED that the period for filing a civil complaint for forfeiture is extended until June 20, 2024. The UNITED STATES shall have until that date to file a complaint for forfeiture.

DATED: May 21, 2024

HON. DAVID D LESHNER
United States Magistrate Judge